**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                           Case Number:    08 C 5002

SNK AMERICA INC. v. J.L. MANUFACTURING, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

(In the space below, enter the name of the party or parties being represented)

PLAINTIFF – SNK AMERICA, INC.

| |
|---|
| NAME (Type or print) <br> Brian P. O'Meara |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br>         s/Brian P. O'Meara |
| FIRM  MCGUIREWOODS LLP |
| STREET ADDRESS  77 W. WACKER DRIVE, SUITE 4100 |
| CITY/STATE/ZIP  CHICAGO, ILLINOIS, 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6275625 | TELEPHONE NUMBER (312) 849-8100 |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N") Y |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N") N |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N") N |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N") N |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL                              APPOINTED COUNSEL |